UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOUISE BAYLISS, *et al.*　　　　　　　　　　Case No.   1:16-cv-594

　　　Plaintiffs,　　　　　　　　　　　　　　Judge Susan J. Dlott

vs.

WEST CHESTER HOSPITAL, LLC, *et al.*

　　　Defendants.　　　　_____

**JUDGMENT IN A CIVIL CASE**

[ ]　**Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ x ]　**Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that this matter is **REMANDED** to the state court from which it was removed; and the case is **TERMINATED** on the docket of this Court.

Date: 10/3/2016　　　　　　　　　　　　　　**RICHARD W. NAGEL, CLERK**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk