No. 16-0310

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Feb 13, 2017
DEBORAH S. HUNT, Clerk

In re: ABUBAKAR ATIQ DURRANI, MD, et al.,   )
                                            )   O R D E R
Petitioners.                                )
                                            )

Before: COLE, Chief Judge; GILMAN and GRIFFIN, Circuit Judges.

Dr. Abubakar Atiq Durrani and five health care entities, the defendants named in a medical malpractice action removed to the district court under the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d) ("CAFA"), petitioned to appeal the district court's order remanding their action to state court. We denied the petition because, although Defendants presented significant CAFA-related questions that might evade review, the procedural posture of the case weighed against review. Defendants move for reconsideration, emphasizing that they raise significant open questions and alleging that recent developments in the procedural history of their petition support review. Even given these developments, we cannot conclude that review is necessary. In particular, the Ohio Supreme Court has vacated the order of the state trial court that set the cases for group trials. This changes the structure of the underlying litigation and renders the matter nonremovable under the CAFA. The procedural history of this case therefore continues to weigh against review.

Accordingly, the motion for reconsideration is **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 13, 2017

Mr. Matthew J. Hammer
Mr. Aaron M. Herzig
Mr. John B. Nalbandian
Mr. Russell Stanfield Sayre
Mr. Robert Albert Winter Jr.

Re: Case No. 16-310, *Abubakar Durrani, MD, et al*
Originating Case No. : 1:16-cv-00594

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

cc:  Mr. Richard W. Nagel

Enclosure